The People of the State of New York, Respondent, -against
against
Duane Cross, Appellant. The People of the State of New York, Respondent, NO. 2013-2270 W CR Duane Cross, Appellant.



Appeals from two judgments of the City Court of Yonkers, Westchester County (Michael A. Martinelli, J. [appeal No. 2013-2269 W CR] and Arthur J. Doran, III, J., at plea; Michael A. Martinelli, J., at sentence [appeal No. 2013-2270 W CR]), both rendered September 25, 2013. The judgments convicted defendant, upon his pleas of guilty, of criminal possession of a weapon in the fourth degree, and criminal trespass in the second degree, respectively. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738 [1967]), in which he seeks leave to withdraw as counsel.




ORDERED that, on the court's own motion, the appeals are consolidated for the purposes of disposition; and it is further,
ORDERED that the judgments of conviction are affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]).
Marano, P.J., Iannacci and Garguilo, JJ., concur.
Decision Date: April 06, 2016